1
2
3
4
5
6          IN THE UNITED STATES DISTRICT COURT
7          FOR THE DISTRICT OF ARIZONA
8
9   Matrix Financial Services Corporation,    )    No. CV 05-1401-PHX-ECV
                                              )
10              Plaintiff,                     )    **ORDER**
                                              )
11  vs.                                        )
                                              )
12                                             )
    Radian Services LLC,                       )
13                                             )
                Defendant.                     )
14                                             )
                                              )
15  ─────────────────────────────────────    )

16      Defendant Radian Services LLC has filed a Motion to Amend Answer and File
17  Counterclaim (Doc. #19). The Complaint (Doc. #1) in this action was filed on May 12, 2005
18  and Defendant filed its Answer (Doc. #7) on July 8, 2005.  Defendant now seeks to amend
19  the answer to assert a counterclaim.  Defendant attaches a proposed Amended Answer and
20  Counterclaim as Exhibit A to its motion.  Plaintiff has not filed a response to the motion.  An
21  opposing party's failure to file a response to a motion may be deemed a consent to the
22  granting of the motion and the court may dispose of the motion summarily.  LRCiv. 7.2(i).
23  Accordingly, Defendant's motion will be granted.

24      On February 28, 2006, Defendant filed a Motion to Summarily Enact Motion to
25  Amend (Doc. #20), which, in light of the above discussion, will also be granted.

26  ///
27  ///
28  ///

**IT IS THEREFORE ORDERED:**

That Defendant's Motion to Amend Answer and File Counterclaim (Doc. #19) and Motion to Summarily Enact Motion to Amend (Doc. #20) are **granted**; and

That on or before March 10, 2006, Defendant may file the Amended Answer and Counterclaim.

DATED this 3rd day of March, 2006.


Edward C. Voss
United States Magistrate Judge